## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JAMES EDWARD ROSE JR., | : | No. 126 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| BANK OF NEW YORK MELLON F/K/A | : | |
| BANK OF NEW YORK, AS TRUSTEES | : | |
| FOR THE CERTIFICATE HOLDERS OF | : | |
| THE CWABS INT ASSET-BACKED | : | |
| CERTIFICATE SERIES 2006-19, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.